IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eric Allen Zehner,                        Case No. 3:18CV2620

        Plaintiff

        v.                                **ORDER**

Commissioner of Social Security,

        Defendant

This is a Social Security case in which Magistrate Judge Kathleen B. Burke filed a Report and Recommendation recommending that I affirm the Commissioner's decision denying Eric Zehner's application for benefits. (Doc. 18).

The Magistrate Judge notified the parties that any objections to the R&R were due within fourteen days after the filing of her R&R, which occurred on November 19, 2019. Because Zehner did not file an objection, he forfeited his right to de novo review of the R&R. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). I need only "satisfy [myself] that there is no clear error on the face of the record in order to accept the recommendation." *Bogan v. Morgan*, 2012 WL 3776514, *1 (N.D. Ohio 2012) (Gaughan, J.).

Having reviewed the Magistrate Judge's thorough analysis of the six arguments that Zehner appeared to present in his brief, I am satisfied that the R&R properly disposes of this case.

It is, therefore,

ORDERED THAT:

1. The Magistrate Judge's Report and Recommendation (Doc. 18) be, and the same hereby is, adopted as the order of the court.

2. The Commissioner's decision denying plaintiff's application for benefits be, and the same hereby is, affirmed.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge